### M. T. Shepherd v. S. S. Wood and E. F. Wood.

JUDGMENTS BY CONFESSION—*Governed by Preceding Cases.*

**Motion to Vacate a Judgment,** by confession.   Appeal from the
Circuit Court of Moultrie County; the Hon. EDWARD P. VAIL, Judge, pre-
siding.   Heard in this court at the November term, 1897.   Reversed and
remanded with directions.   Opinion filed February 9, 1898.

JOHN R. & WALTER EDEN, attorneys for appellant.

W. G. COCHRAN, attorney for appellee.

OPINION PER CURIAM:—As the same questions are
presented to us in this case as those in number 58 (*ante,*
page 486), of the docket of this term, we, for the rea-
sons given in our opinion in that case, reverse the
order of the court below in this case.   Order reversed.

---

### J. M. Shepherd v. E. F. Wood, C. F. Howell and S. S. Wood.

JUDGMENTS BY CONFESSION—*Governed by Preceding Cases.*

**Motion to Vacate a Judgment,** by confession.   Appeal from the
Circuit Court of Moultrie County; the Hon. EDWARD P. VAIL, Judge, pre-
siding.   Heard in this court at the November term, 1897.   Reversed and
remanded with directions.   Opinion filed February 9, 1898.

JOHN R. & WALTER EDEN, attorneys for appellant.

W. G. COCHRAN, attorney for appellee.